

**The Ship Manifest Master Bill of Lading** (dispute)
**Non-Negotiable**

**Complaint**
**district court of the united states**
**for the eastern district of pennsylvania.**
**Ecclesiastical High Courts of Chancery**

**Special Cause to Proceed Ex Parte**

in The United States of America
**Exclusive Equal Justice being rendered in Admiralty**
**and Maritime Jurisdiction by Nature law of Nations**

*Treaty of Marrakech 1786.*
*ARTICLE XXI.,*

*Treaty of Tunis 1824*
*ARTICLE XII.*

*1789 constitution for the united states*
*of america in congress assembled,*
*Article III, §2§§1,*
the *Judiciary Act of 1789 1 stat 73*
*§9, §11,§13, §16, and §20,§22,§25,§26, §30,§32,§33*

To: wylesol, george v d/b/a GEORGE V. WYLESOL et al.
% district court of the united states for
the eastern district of pennsylvania
601 market street rm 2609
Philadelphia, Pennsylvania near  [19106]

To: sanchez, juan r d/b/a JUAN R. SANCHEZ
chief judge/acting as Master/Chancellor et al.,
Restricted: *In Camera*
c/o district court of the united state for
the eastern district of pennsylvania
601 market street rm 2609
Philadelphia, Pennsylvania near  [19106]

Priority Registered Email

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



**Private, Special, Privileged Confidential
Special Term, without General
without Statutes, without FCRP
without FRAP whose prize proceedings
is not applicable in admiralty and maritime**
*"Where there is a conflict between the
Maxims of Equity and the rules of the
common law over the same subject matter,
Equity shall prevail."*

---

## Claimant(s)

parker, jamal darius Moor beneficiary a Emperor, a Noble
a Merchant, Admiral, Piloter, Seaman, Mariner, Shereef
*in Propria Persona Sui Juris, majoris aetatis suae d/b/a*
JAMAL  EL TRUST
c/o 3115 W Mountain View Road suite A226
Phoenix, Ali sonak (Arizona) RFD
lordjamalel@gmail.com

## libelee(s)

haaland, debra anne d/b/a
Debra Anne Haaland
secretary of the interior et al.,
**Department of the Interior**
1849 C Street NW
Washington, District of Columbia [20240]

garland, merrick brian d/b/a
MERRICK GARLAND
attorney general et al.,
**Department of Justice**
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]

saul, andrew marshall d/b/a
ANDREW SAUL
commissioner et al.,
**Social Security Administration**
6401 Security Blvd.
Woodlawn, Maryland [21235]

yellen, janet louise d/b/a
JANET LOUISE YELLEN
secretary of the treasury et al.,
**Department of the Treasury**
1500 Pennsylvania Avenue NW
Washington, District of
Columbia [20220]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG

martin, donna d/b/a
MAJOR GENERAL DONNA MARTIN

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



commissioner, et al.,
**internal revenue**
1111 Constitution Ave., NW.
Washington, District of Columbia [20224]
Columbia [22202]

provost marshal general et al.,
**Department of the Army**
Pentagon Building
Washington, District of

mayorkas, alejandro nicholas d/b/a
Alejandro Mayorkas
secretary of homeland security et al.,
**Department of Homeland Security**
2707 Martin Luther King Jr Ave SE
Washington, District of Columbia [20528]

nessel, dana d/b/a
DANA NESSEL
attorney general et al.,
**Department of Attorney General**
525 W. Ottawa St., 7th Floor
Lansing, Michigan [48933]

petrides, christopher john d/b/a
CHRISTOPHER JOHN PETRIDES
wayne county prosecutor et al.,
**WAYNE COUNTY PROSECUTOR**
1441 St Antoine
Detroit, Michigan [48226]

benson, jocelyn d/b/a
JOCELYN BENSON
secretary of state et al.,
**Department of State**
430 W. Allegan St. 4th Floor
Lansing Michigan [48918]

washington, raphael d/b/a
RAPHAEL WASHINGTON
wayne county sheriff et al.,
**Wayne County Sheriff**
4747 Woodward Ave
Detroit, Michigan [48201]

hobbs, katie d/b/a
KATIE HOBBS
secretary of state et al.,
**Arizona Department of State**
1700 W Washington St
Phoenix, AZ [85007]

hathaway, bridget mary d/b/a
BRIDGET MARY HATHAWAY
frank murphy hall justice judge et al.,
**Frank Murphy Hall Justice Judge**
1441 St Antoine
Detroit, MI [48226]

hathaway, thomas mj d/b/a
THOMAS M J HATHAWAY
frank murphy hall justice judge et al.,
**Frank Murphy Hall Justice Judge**
1441 St Antoine room 304
Detroit, MI [48226]

kenney, timothy m d/b/a
TIMOTHY M KENNEY
frank murphy hall chief judge et al.,
**Frank Murphy Hall Chief Judge**
1441 St Antoine room 701
Detroit MI [48226]
[20520]

blinken, antony john d/b/a
ANTONY BLINKEN
secretary of state et al.,
**Department of State**
2201 C Street NW
Washington, District of Columbia

hernandez, jaime d/b/a
JAIME HERNANDEZ

disanto, elizabeth l d/b/a
ELIZABETH L DISANTO

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



phoenix municipal court judge et al.,
**PHOENIX MUNICIPAL COURT JUDGE**
300 W Washington St
Phoenix, AZ [85003]

nevalo, stacie d/b/a
STACIE NEVALO
wyandotte judicial district clerk et al.,
**WYANDOTTE JUDICIAL DISTRICT CLERK**
2015 Biddle Ave
Wyandotte, MI 48192

elsey, ryan kevin d/b/a
RYAN KEVIN ELSEY et al.
associate attorney et al.,
**wayne county third circuit court**
1441 St Antoine St.
Detroit, Michigan near:[48226]

johnson, courtney l    d/b/a
COURTNEY L JOHNSON
dekalb county superior judge et al.,
**DEKALB COUNTY SUPERIOR JUDGE**
556 N McDonough Street
Decatur, Georgia [30030]

adams, gregory a  d/b/a
GREGORY A ADAMS
dekalb county superior judge et al.,
**DEKALB COUNTY SUPERIOR JUDGE**
556 N McDonough Street
 Decatur, Georgia [30030]

guldner, jeffrey b d/b/a
JEFFREY B GULDNER
pinnacle west capital corporation et al.,
**PINNACLE WEST CAPITAL CORPORATION**
400 N 5th St
Phoenix, AZ [85004]

esser, pat d/b/a
PAT ESSER
cox communications et al.,
**COX COMMUNICATIONS**
6205-B Peachtree Dunwoody rd

judicial district court judge et al.,
**JUDICIAL DISTRICT JUDGE**
2015 Biddle Ave
Wyandotte, MI [48192]

scott, mark anthony d/b/a
MARK ANTHONY SCOTT
dekalb county superior  judge et al.,
**DEKALB COUNTY SUPERIOR JUDGE**
556 N McDonough Street
Decatur, Georgia [30030]

lochbiler, steven et al., d/b/a
STEVEN LOCHBILER et al.,
associate attorney et al.,
**wayne county third circuit court**
1441 St Antoine St.
Detroit, Michigan near:[48226]

peagler, desiree s d/b/a
DESIREE S  PEAGLER
dekalb county superior judge et al.,
**DEKALB COUNTY SUPERIOR JUDGE**
556 N McDonough Street
Decatur, Georgia [30030]

dixon, eric  d/b/a
ERIC DIXON
on q property management et al.,
**ON Q PROPERTY MANAGEMENT**
1011 N Val Vista Dr suite 1014
Gilbert, AZ[85234]

roberts, brett d/b/a
BRETT ROBERTS
credit acceptance et al.,
**CREDIT ACCEPTANCE**
25505 W 12 Mile Rd
Southfield, MI [48034]

haywood, ron l et al.,
RON L. HAYWOOD et al.,
associate attorney et al.,
**wayne county third circuit court**
1441 St. Antoine St.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



Atlanta, GA [30328]                                    Detroit, Michigan near: [48226]

glenn, william l et al.,                              worthy, kim et al.,
WILLIAM L. GLENN et al.,                              KIM WORTHY et al.,
associate attorney et al.,                            **Wayne County Prosecutor**
**wayne county third circuit court**                  1441 St. Antoine St.
1441 St. Antoine St.                                  Detroit, Michigan near: [48226]
Detroit, Michigan near: [48226]
Or PO Box 4887
Detroit, Michigan near:[48224-0887]

bryn, bailey chelsea d/b/a                            larkins, john k III et al.,
wayne county prosecutor                               JOHN K LARKINS III et al.,
wayne county prosecutor office                        district court of the united states,
HEIRS AND ASSIGNEES                                   northern georgia
1441 St. Antoine St.                                  75 Ted Turner Drive, S.W.
Detroit, Michigan near: [48226]                       Atlanta, Georgia near:[ 30303]

buccinna, michael et al., d/b/a                       cohen, mark howard et al.,
MICHAEL BUCCINNA/ privateer et al.,                   MARK HOWARD COHEN et al.,
River rougue police department                        district court of the united states
HEIRS AND ASSIGNEES                                   northern georgia
                                                      75 Ted Turner Drive, S.W.
                                                      Atlanta, Georgia near:[ 30303]

slavens, mark t et al., d/b/a                         williams, jeri l et al.,
MARK T SLAVENS et al.                                 JERI L. WILLIAMS et al.,
Third Circuit Judicial Court                          chief police of phoenix police department et al.
1441 St. Antoine St.                                  620 W Washington St,
Detroit, Michigan near: [48226]                       Phoenix, Arizona [85003]

richer, stephen et al., d/b/a                         brutinel, robert et al.,
STEPHEN RICHER et al.,                                ROBERT BRUTINEL et al.,
maricopa county recorder                              arizona supreme court justice et al.,
HEIRS AND ASSIGNEES                                   1501 W. Washington St. #411
111 S. Third ave                                      Phoenix, Arizona Near. [85007]
Phoenix, Arizona near;[85003]

lundfelt, geoff d/b/a                                 hernandez, jaime et al.,
GEOFF LUNDFELT                                        JAIME HERNANDEZ et al.,
ceo of alaska usa federal credit union et al.,        phoenix municipal court judge

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



500 W. 36th Ave Suite 300
Anchorage, Alaska Near. [99503]

smith, walt et al., d/b/a
WALT SMITH et al.,
chief executive officer
AVENUE 5 RESIDENTIAL d/b/a
THE URBAN et al.,
901 5th Avenue
Seattle, WA 98164

morris, jessica celina et al.,
JESSICA CELINA MORRIS et al.,
US Attorney's Office
75 Ted Turner Dr SW #600,
Atlanta, GA 30303

erskine, kurt robert
KURT ROBERT ERSKINE
US Attorney's Office
75 Ted Turner Dr SW #600,
Atlanta, GA 30303

white, james d/b/a
JAMES WHITE et al.,
chief of police
**DETROIT POLICE DEPARTMENT**
HEIRS AND ASSIGNEES

soto, raquel et al., d/b/a
RAQUEL SOTO et al.,
administrative supervisor
maricopa county recorder office
HEIRS AND ASSIGNEES
111 S. Third ave
Phoenix, Arizona near;[85003]

tang-hynes, tammy et al.,
TAMMY TANG-HYNES et al.,
badge no. 06456
phoenix police officer/privateer et al.,
2075 E Maryland Ave
Phoenix, Arizona Near [85016]

vnguien, liz d/b/a LIZ VNGUIEN et al.,
pro tempore judge/privateer et al.,
Maricopa County Justice Court

300 Washington St
Phoenix, Arizona near:[85003]

Casper, david r et al., d/b/a
DAVID R CASPER et al.,
Chief executive officer et al.,
**BMO HARRIS BANK**
HEIRS AND ASSIGNEES
111 West Monroe Street
Chicago, IL 60603

brooks, carmen jeannette d/b/a
CARMEN JEANNETTE BROOKS
Staff Attorney Bar No.750544
Federal Defender Program, Inc.
HEIRS AND ASSIGNEES
101 Marietta St NW # 1500,
Atlanta, GA 30303

lores, enrique et al., d/b/a
ENRIQUE LORES et al.,
CEO of HP Inc
HEIRS AND ASSIGNEES
1501 Page Mill Rd
Palo Alto, California, 94304

perez, erica et al., d/b/a
ERICA PEREZ et al.,
maricopa county deputy clerk
maricopa county recorder office
HEIRS AND ASSIGNEES
111 S. Third ave
Phoenix, Arizona near;[85003]

taylor, bacle don III
Bacle Don Taylor III et al
phoenix  municipal court chief judge et al.
300 Washington St
Phoenix, Arizona near:[85003]

spross, james et al., d/b/a
JAMES SPROSS et al.,
phoenix police officer/privateer et al.,
2075 E Maryland Ave
Phoenix, Arizona Near [85016]

fitzhugh, denise et al., d/b/a
DENISE FITZHUGH

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



620 W Jackson St #1037
Phoenix, AZ 85003

espey, larry n et al.,
LARRY N. ESPEY et al.,
ALL CITY TOWING
ACT TOWING, LLC
2031 W. 1st. St
Tempe, Arizona near:[85281]

sherman, millicent d
MILLICENT D. SHERMAN
36th district court judge
421 Madison St
Detroit, MI 48226


cox, sean francis d/b/a/
SEAN FRANCIS. COX
chief judge/privateer/pirate
district court of the united states
for the eastern district of michigan
231 W. Lafayette Blvd
Detroit, Michigan near:[48226]

edmonds, nancy g d/b/a
NANCY G. EDMONDS
district court judge/privateer/pirate
district court of the united states
for the eastern district of michigan
231 W. Lafayette Blvd
Detroit, Michigan near:[48226]

lucas, debra d d/b/a
DEBRA D. LUCAS
district court clerk/privateer/pirate
district court of the united states
for arizona district
401 W. Washington St.
Phoenix Arizona near: [85003]

ross, michael tyler d/b/a
MICHAEL TYLER ROSS
attorney/privateer et al.
The Law Office of Michael Ross
301 Washington Ave NE
Marietta, GA 30060

Penobscot Building
645 Griswold st.
Detroit, Michigan near: [48226]

espey, barbara l et al.,
BARBARA L. ESPEY et al.,
ALL CITY TOWING
ACT TOWING, LLC
2031 W. 1st. St.
Tempe, Arizona near: [85281]



queen, james douglas II d/b/a
JAMES DOUGLAS QUEEN II
19980 Fort Street
Riverview, Michigan near:[48193]


essix, kinikia d d/b/a
KINIKIA D. ESSIX
chief clerk/privateer/ pirate
district court of the united states
for the eastern district of michigan
231 W. Lafayette Blvd
Detroit, Michigan near:[48226]

altman, kimberly g d/b/a
KIMBERLY G. ALTMAN
district court magistrate/privateer/pirate
district court of the united states
for the eastern district of michigan
231 W. Lafayette Blvd
Detroit, Michigan near:[48226]

snow, grant murray d/b/a
GRANT MURRAY SNOW
district court chief judge/privateer/pirate
district court of the united states
for arizona district
401 W. Washington St.
Phoenix Arizona near: [85003]

bress, daniel aaron d/b/a
DANIEL AARON BRESS
pro tempore judge/privateer et al.
Circuit Court of the United States
for the district of arizona
95 7th St.
San Francisco, CA 94103


*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



vandyke, lawrence d/b/a
LAWRENCE VANDYKE
pro tempore judge/privateer et al.
Circuit Court of the United States
for the district of arizona
95 7th St
San Francisco, CA 94103

smith, milan dale jr d/b/a
MILAN DALE SMITH jr
pro tempore judge/privateer et al.
Circuit Court of the United States
for the district of arizona
95 7th St
San Francisco, CA 94103

biden, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN
president of the United States for the district of columbia et al.,
Heirs and Assigns

roscoe, douglas anthony jr d/b/a DOUGLAS A.
ROSCOE JR d/b/a DOUG DUCEY
arizona governor et al.,
Office of the Arizona Governor
HEIRS AND ASSIGNS

brown, zenell b d/b/a ZENELL B BROWN
Third Judicial Circuit Court of Michigan
1441 St. Antoine St.
Detroit, Michigan near: [48226]

penzone paul d/b/a PAUL PENZONE
maricopa county sheriff et al.,
Maricopa County Sheriff's Office
HEIRS AND ASSIGNS

whitmer, gretchen esther d/b/a GRETCHEN ESTHER WHITMER
michigan state governor et al.,
Michigan State Governor's Office
HEIRS AND ASSIGNS

hsu, michael j d/b/a MICHAEL J. HSU
OFFICE OF THE COMPTROLLER OF CURRENCY
400 7th St. SW
Washington, District of Columbia near: [20219]
HEIRS AND ASSIGNS

eubanks, rachael d/b/a RACHAEL EUBANKS
Michigan State Treasurer
430 W Allegan St
Lansing, Michigan near: [48933]

hull, andrew m. d/b/a ANDREW M. HULL
#004153, holliday, denise d/b/a DENISE
HOLLIDAY #017275 holliday, kevin d/b/a
KEVIN HOLLIDAY #017276 schlaback,
matthew r. d/b/a MATTHEW SCHLABACH
#034118 attorneys/next of friend et al.,
HULL,HOLLIDAY & HOLLIDAY P.L.C.
ATTORNEYS AT LAW
HEIRS AND ASSIGNS

nguyen, andrew d/b/a ANDREW NGYUN
Clan Donare Mountain LLC d/b/a
3225 MCLEOD DRIVE, SUITE 100,
LAS VEGAS, NEVADA, near: [89121]
HEIRS AND ASSIGNS

Mathis, andrew t d/b/a MATHIS T ANDREW d/b/a
ANDERSON REGISTERED AGENTS, INC. d/b/a

coons, clint d/b/a CLINT COONS d/b/a
ANDERSON REGISTERED AGENTS, INC. d/b/a

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



ANDERSON BUSINESS ADVISORS, LLC d/b/a
Clan Donare Mountain LLC d/b/a
WHITTON WEST, LLC
3225 MCLEOD DRIVE, SUITE 100,
LAS VEGAS, NEVADA, near: [89121], USA

ANDERSON BUSINESS ADVISORS, LLC d/b/a
Clan Donare Mountain LLC d/b/a
WHITTON WEST, LLC
3225 MCLEOD DRIVE, SUITE 100,
LAS VEGAS, NEVADA, near: [89121], USA

Oconnell, garrick d/b/a GARRICK O'CONNELL d/b/a
SANRIN, LLC
809 W Riordan RD STE 100-296
Flagstaff, Arizona near:[86001]

mccarthy, kathleen m d/b/a KATHLEEN M MC CARTHY
Third Judicial Circuit Michigan
1441 St Antoine St
Detroit, Michigan near:[48226]

guterres, antonio d/b/a ANTONIO GUTERRES
secretary-general of the united nations et al.,
Heirs and Assigns

huongbo, gilbert f. d/b/a GILBERT F. HUONGBO
ILO director-general et al.,
Heirs and Assigns

dongyu, qu d/b/a QU DONGYU
FAO director-general
Heirs and Assigns

azoulay, audrey d/b/a AUDREY AZOULAY
UNESCO director-general et al.,
Heirs and Assigns

salazar, juan carlos d/b/a JUAN CARLOS SALAZAR
ICHO secretary-general et al.,
Heirs and Assigns

ghebreyesus, tedros adhanom d/b/a TEDROS ADHANOM GHEBREYESUS
WHO director-general et al.,
Heirs and Assigns

malpass, david r. d/b/a DAVID R. MALPASS
president of the world bank group et al.,
Heirs and Assigns

metoki, masahiko MASAHIKO METOKI
UPU director-general et al.,
Heirs and Assigns

georgieva, kristalina d/b/a KRISTALINA GEORGIEVA
IMF managing-director et al.,
Heirs and Assigns

hao, houlin d/b/a HOULIN ZHAO

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



ITU secretary-general et al.,
Heirs and Assigns

taalas, petteri d/b/a PETTERI TAALAS
WMO secretary-general et al.,
Heirs and Assigns

lim, kitack d/b/a KITACK LIM
IMO secretary-general et al.,
Heirs and Assigns

tang, daren d/b/a DAREN TANG
WIPO director-general et al.,
Heirs and Assigns

waly, ghada fathi d/b/a GHADA FATHI WALY
UNODC executive-director et al.,
Heirs and Assigns

beasley, david d/b/a DAVID BEASLEY
WFP executive-director et al.,
Heirs and Assigns

sharif, maimunah mohd d/b/a MAIMUNAH MOHD
UN habitat executive-director et al.,
Heirs and Assigns

okonjo-iweala, ngozi d/b/a NGOZI OKONJO-IWEALA
WTO director-general et al.,
Heirs and Assigns

grossi, rafael mariano d/b/a RAFAEL MARIANO GROSSI
IAEA director-general et al.,
Heirs and Assigns

pololikashivili, zurab d/b/a ZURAB POLOLIKASHIVILI
UNWTO secretary-general et al.,
Heirs and Assigns

muller, gerd d/b/a GERD MULLER
UNIDO director-general et al.,
Heirs and Assigns

lario, Alvaro d/b/a ALVARO LARIO
IFAD president et al.,
Heirs and Assigns

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



russell, catherine m. d/b/a CATHERINE M. RUSSELL
UNICEF executive-director et al.,
Heirs and Assigns

kanem, natalia d/b/a NATALIA KANEM
UNFPA executive-director et al.,
Heirs and Assigns


vitorino, antonio d/b/a ANTONIO VITORINO
LOM director-general et al.,
Heirs and Assigns

bahous, sima sami d/b/a SIMA SAMI BOHOUS
UN WOMAN executive-director et al.,
Heirs and Assigns


grynspan, rebeca d/b/a REBECA GRYNSPAN
UNCTAD secretary-general et al.,
Heirs and Assigns

steiner, achim d/b/a ACHIM STEINER
UNDP administrator et al.,
Heirs and Assigns

anderson, inger d/b/a INGER ANDERSON
UNEP executive-director et al.
Heirs and Assigns

grandi, filippo d/b/a FILIPPO GRANDI
UNHCR high commissioner et al.,
Heirs and Assigns

lazzarini, phillipe d/b/a PHILLIPE LAZZARINI
UNRWA commissioner general et al.,
Heirs and Assigns

schwab, klaus d/b/a KLAUS SCHWAB
executive chairman of the world economic forum et al.,
Heirs and Assigns

Fells, lajuana d/b/a LAJUANA FELLS
FELLS FIRM
6825 Jimmy Carter Blvd Suite 1570H
Norcross, GA 30071

Mary Bertha Goins Estate, Beneficiary
MARY BERTHA GOINS ESTATE, BENEFICIARY


*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



Jamal Darius Parker Estate, Beneficiary
JAMAL DARIUS PARKER ESTATE, BENEFICIARY

Augusta Moore Estate, Beneficiary
AUGUSTA MOORE ESTATE, BENEFICIARY

Jamal El Estate, Beneficiary
JAMAL EL ESTATE, BENEFICIARY

Ginger Sharee Hampton Estate, Beneficiary
GINGER SHAREE HAMPTON ESTATE, BENEFICIARY

Sharee Lakiesha Yazmine Briscoe Estate, Beneficiary
SHAREE LAKIESHA YAZMINE BRISCOE, BENEFICIARY

Traci Ciearra Parker Estate, Beneficiary
TRACI CIEARRA PARKER ESTATE, BENEFICIARY

Jamillia Christine Isis Parker Estate, Beneficiary
JAMILLIA CHRISTINE ISIS PARKER ESTATE, BENEFICIARY

Jamal Darius Parker Jr Estate, Beneficiary
JAMAL DARIUS PARKER Jr ESTATE, BENEFICIARY

Imani Monique Parker Estate, Beneficiary
IMANI MONIQUE PARKER ESTATE, BENEFICIARY

Jameya Justine Ma'at Parker Estate, Beneficiary
JAMEYA JUSTINE MA'AT PARKER ESTATE, BENEFICIARY

Cynthia Anne Stepherson, Beneficiary
CYNTHIA ANNE STEPHERSON, BENEFICIARY

Mark Anthony Stepherson Sr Estate, Beneficiary
MARK ANTHONY STEPHERSON Sr ESTATE,   BENEFICIARY

Mark Anthony Stepherson jr Estate, Beneficiary
MARK ANTHONY STEPHERSON JR., BENEFICIARY

Torrey Brown Estate, Beneficiary
TORREY BROWN ESTATE, BENEFICIARY
*inmate trust* # **291581**
*chippewa correctional facility of michigan*

Myrtle Alexander Estate, Beneficiary
MYRTLE ALEXANDER ESTATE, BENEFICIARY

Billie Parker Estate, Beneficiary
BILLIE PARKER ESTATE, BENEFICIARY

Ophelia Hampton Estate, Beneficiary
OPHELIA HAMPTON ESTATE, BENEFICIARY

Anthony Ted Freeman, Beneficiary
ANTHONY TED FREEMAN, BENEFICIARY

Rhondal Lee Hampton, Beneficiary
RHONDAL LEE HAMPTON, BENEFICIARY

   ***All named beneficiaries can be reached in care of 3115 W Mountain View Road suite A226 Phoenix,  arizona rural free delivery****

---

## Parties

The *claimant/suitor/libellant* and "your orator" parker, jamal darius," is a private People called Moors americas aboriginal michiganian national, free inhabitants, A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, merchandise Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in*

***Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations***



*congress assembled*," ingressed in arizona the defendant Jamal Darius Parker a registered organization name Wayne county, Michigan is a decedent's legal estate ("Estate") The STATE OF MICHIGAN DEPARTMENT OF COMMUNITY HEALTH CERTIFICATE OF LIVE BIRTH # 121-0341712(009394) whose principle office is located at 2 Woodward Ave, Detroit, Michigan, in care of young blood, bernard j d/b/a BERNARD J YOUNGBLOOD, wayne county clerk/recorder of deeds/privateer et al.

### Premises

The claimant/suitor/libellant's core private rights were MISTAKENLY sacrificed by his mother and father at his birth. without being fully availed and acknowledged of his equitable maritime defenses. The claimant/suitor/libellant's has tendered all consideration; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said Michigan registered organization decedent's legal estate person. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War"** which are inconsistent with the private maritime treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII.*, and the *Treaty of Tunis 1824 ARTICLE XII.,* as well as, the *1789 constitution for the united states of america*, under the rules of Chancery due and owing to the claimant/suitor/libellant by way of his **special and particular political status** and equitable maritime rights to the same said Estate, that were intended for your orator, as the sole exclusive heir and beneficiary, by maxims of equity "*only God can create an heir,*" "*the heir and his ancestor are one and the same person*," and "*Equity regards the beneficiary as the true owner*."

Your orator appears *in personam only for assaults and beatings on the High Seas and elsewhere*, without an administrator, a personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same said estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an heir to the maritime treaties and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Your Servitude would expect no less privity as co-heir to said mortgage/compact. Your orator calls a Court of Equal justice being rendered in the original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good faith and by his own reasonable diligence. Your orator is in *personam sui juris,* now having

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do. "*Equity aids the vigilant, not those who slumber on their rights,*" and "*Equity imputes an intent to fulfill an obligation.*"

Each named defendant(s)/libelee(s)/privateer/pirate were appointed "in fact" by oath/affirmation and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further, show unto your servitude as faithful servant that he has called upon each defendant(s)/libelee(s) to either Affirm or Deny the trust; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable maritime assets; to provide your orator with a list of all  debts due to your orators estate during such time as he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as a People called Moor *heir/beneficiary* A Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and Subject of the *Al Maroc Shereefian Empire*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said defendant(s)/libelee(s)(s) have failed to answer, or make defense to the trust; after he had given reasonable time so to do; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of your orator. Your orator desires that the defendants shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator desires an order taking his bill for confession, the failure of the defendant(s), libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree.)

"*No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it be through your faithful servitude as a good and faithful servant, that the said defendant(s)libelee(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress your orator in the admiralty and maritime premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendants/libelee(s), are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of your orator in the premises.

### Statement of Jurisdiction

The nature of cause of this suit is in the original equal justice being rendered in the exclusive equity admiralty and maritime jurisdiction by nature law of nations in personam only, arising within the *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9,§11* and *§16, and §20,§22,§25,§26, §30,§32;* and the *Treaty of Tunis 1824 ARTICLE XII.,* the rights of your orator, as a private People called Moors americas aboriginal ojibwe (michiganian) national A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire,* are of those classes which said maritime treaties, constitution, and act, either confers or has taken under their protection, without  such obligation, your orator's rights are in jeopardy of being completely destroyed and slandered beyond repaired, where no adequate remedy for their enforcement is provided by the forms of letters of marque/reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature.  The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by said maritime treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the law of the district of columbia. This court has jurisdiction and the claimant/suitor/libellant does hereby grant all *in personam* and subject matter jurisdiction to this court, under the original jurisdiction of

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



admiralty and maritime jurisdiction by nature law of nations, conferred by *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution for the united states of america in congress assembled*, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11, §13* and *§16, §20,§22,§25,§26, §30,§32, §33;;* and the *Treaty of Tunis 1824 ARTICLE XII.,* to the exclusion of all other quasi-in rem colorable admiralty and maritime modes and letters of marque/reprisal **"Acts of War"** proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as your orator is remediless in the premises at and by the direct and strict rules of the common law, and cannot have adequate relief save only in a Court of Equity admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. ***Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent original equitable jurisdiction that your Honor shall dispense:***

I deny paying any duties whatsoever and I never will entertain the idea of it. My master bill of lading was shipped With a Proof of Consideration tendered on special deposit ***"Equity will not complete an imperfect gift"*** *1796 Treaty of Tripoli art V,X* to the port of entry by the agent of Post office (consignor) and then received by the clerks of your courts as the Consignee(carrier) receiving and landed on the dock known as port of entry or port of lading and was given a tracking number aka Docket Number **(a Trust Arises)**. ***"Equity imputes an intent to fulfill an obligation"***. So your duties as a People Bound by oath to be Persons Worthy of Trust is to ensure I get aid, repairs and restoration rendered to me my, vessels, cargos ships, seaports, ports of lading,merchandise everything in the land air and water as the Bonafide Owner/beneficiary as my ancestors intended for me Through Treaties which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me as I am god (generator,operator,destroyer) and Lord and you are my servants by oath that you volunteered to by your own consent so YOU are now bound, Common Law Applies to Trustee(s) if Not i require You show good cause it does not Apply To YOU **"Equity does not aid the volunteer".** *Furthermore ,My bill of lading (complaint / dispute) clearly expresses my suit is in equity admiralty and maritime jurisdiction by nature law of nations, so i require you make sure your co-trustees correct the action. Your Orator has clearly been Subject to Assaults and Beatings on the High Seas and elsewhere by hostile belligerents.*

The district courts shall have original jurisdiction, exclusive of the courts of the States, of **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize. Including bankruptcy dealing with citizens of the united states for the district of columbia and their belligerent crew members who have taken oaths to demean themselves.

Take notice of section 32 of **The Judiciary Act; September 24, 1789, 1 Stat. 73.** <mark>of your Trust Indenture</mark>  Which states as follows: "And be it further enacted, That no summons, writ, declaration, return,

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

- **Methods of Trust Formation:** Delivery, Transfer, Verbal, Fraud, Concealment, Conveyance, Contract, Agreement,  Will, Statute, Silence, Acquiescence, Admission, Consent, Acceptance, Endorsement, Appointment, Failure of  Disclaimer, Notice, Registration, Recording, Endorsement, Declaration.

    [ a. Such a trust may be created by deed or may rest entirely in parole or may be partially in writing and partially in parole 1966 Florida Appeals Fraser v Fraser.]

*SEC . 11.* And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC . 13. And be it further enacted, That the Supreme Court shall have exclusive jurisdiction of all controversies of a civil nature, where a state is a party, except between a state and its citizens; and except also between a state and citizens of other states, or aliens, in which latter case it shall have original but not exclusive jurisdiction. And shall have exclusively all such jurisdiction of suits or proceedings against ambassadors, or other public ministers, or their domestics, or domestic servants, as a court of law can have or exercise consistently with the law of nations; and original, but not exclusive jurisdiction of all suits brought by ambassadors, or other public ministers, or in which a consul, or vice consul, shall be a party. And the trial of issues in fact in the Supreme Court, in all actions at law against citizens of the United States, shall be by jury. The Supreme Court shall also have appellate jurisdiction from the circuit courts and courts of the several states, in the cases herein after specially provided for; and shall have power to issue writs of prohibition to the district courts, when proceeding as courts of admiralty and maritime jurisdiction, and writs of mandamus, in cases warranted by the principles and usages of law, to any courts appointed, or persons holding office, under the authority of the United States.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



SEC . 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

SEC . 25. And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute.

SEC . 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

SEC . 33. And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence. And copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.

### Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private Moor, americas aboriginal ojibwe (michiganian) national, and Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled." Your orator's core private rights (privatum) have been and will continue to be completely destroyed by people bound by oath to be Persons worthy of Trust, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederating against the claimant in a very ***unbecoming, unmoored,*** hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating claimant/suitor/libellant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured condemned vessel lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas to change claimant/suitor/libellant from being a private People called Moor and Subject of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



constitutions.shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said fiduciary/defendant(s)/libelee(s) have subjected the claimant/suitor/libellant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities, to alter his special and particular political status. Libellant(s) core private treaty and maritime rights have been and will continue to be completely destroyed in libel beyond repair by presumptions as a form of paper genocide.  It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions that do not apply to prize proceedings in admiralty by nature law of nations.

I contend that it would be contrary, to Equity in the original admiralty and maritime jurisdiction by nature law of nations, good conscience and good reason, and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire, and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled, to mistakenly sacrifice my right to self determination as a private People called Moor, americas aboriginal ojibwe (michiganian) national, A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the Al Maroc Shereeflan Empire, my name, my family ties, my hereditary culture, and my inheritance.. I am a people called Moors.

*"Equity aids the vigilant, not those who slumber on their rights"*

**Justice thomas opinion**

First, *"substantive due process exalts judges at the expense of the People from whom they derive their authority.*"Ibid. Because the  Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see also McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). *The Court divines new rights in line with "its own, extraconstitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.* Thornburgh v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



 *Substantive Due Process of War*

*Terms and Conditions*

### FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.

**Third**, *The word "person" shall be held to apply to partnerships and corporations, unless .such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense .*
**Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable .*
**Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance .*

### LAWS REMAINING IN FORCE.

*SECTION 1 . The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

**1789 constitution of the united states Article 1 section 8 clause 10:** *To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;* **"this article has been breached in the past"**

**Article 1 section 8 clause 17:** *To exercise exclusive Legislation in all Cases whatsoever, over such District* **(not exceeding ten Miles square). "Breach in the past"...**

The defendant(s) /libelee(s) revenue are united states for the district of columbia ports of entry that breached its charters by extending its waters outside the 10 square miles in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of ( ) and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas and elsewhere in contravention through acts of war committing assaults and beatings on the High Seas and elsewhere by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, goods, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



## Statement of the Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal michiganian national A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,"* your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships*, or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to **"substantive due process of war"** and equal Justice being rendered in the original jurisdiction of admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of marque/reprisal "Act of War "proceeding under any mode other than the original jurisdiction of Equity admiralty and maritime by nature law of nations, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is, by legal compulsion, subjected to the laws of the *united states of america in congress assembled*, or *the united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore he cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an **"ipso jure"** Moor Subject of the *Al Maroc Shereefian Empire.* Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



private declaratory decree acknowledging that your orator is, "in fact," a private People called Moor, americas aboriginal ojibwe (michigan) national A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,"* and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. *"Equity aids the vigilant, not those who slumber on their rights.*

### The Judiciary Act; September 24, 1789

SEC . 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; ***and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,*** the right of a common law remedy, where the common law is competent to give it; ***and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes*** where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

*"Equity Imputes an intent to fulfill an obligation"*

### Statement of the Cause

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from of all liabilities of the defendant Jamal Darius Parker a registered organization name trust vessel in Wayne County, Michigan is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable admiralty and maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, my person, and my wife and minor offspring's, and my right to work, and to sell and acquire property, and engage in any lawful business, as well as my reputation and their reputation, health and capacity to labor, as well as my right and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and my right and their right to enjoy our sense of moral propriety when normal, to live by my labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of the your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to **"substantive due process of war"** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by libelee(s) in libel beyond repair. "*Equity abhors a forfeiture.*"

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, " Which is "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored", and farcical enforcing rules that do not apply to prize proceedings in admiralty by nature law of nations.**

I require an article III judge/chancellor/master who is competent/impartial and cognizant of all special civil causes in the exclusive admiralty and maritime jurisdiction by nature law of nations to be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit. Accordingly, this special cause is presumptively privileged until proven otherwise. Only an evaluation by a neutral reviewer, a Special Master, can secure the sanctity of this private privileged special cause.

Your orator make reference to **"Eeerie Railroad v. Tompkins"**,
where the supreme court ruled that "there is no federal general common law", page, @ "Headnote 3," and Congress has no power to declare substantive [emphasis added] rules of the common law applicable to a State, whether they be local or general in their nature, be they commercial law or a part of the law of torts." page 64. There could be no more federal general common law or substantive rules of common law because the consideration on all contracts used by everyone in the country was non-substantive, i.e. Federal Reserve Notes (FRNs) belonging to the private Federal Reserve Corporation and not the countless Americans executing o a regular basis, whether public or private. To use as "valuable consideration", and purport to be authorized to bind, property that does not belong to oneself renders oneself obligated to the owner of the consideration, in this case the Federal Reserve Corporation".

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the legal legislative proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** rights are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873.*   Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal.

The claimant/suitor/libellant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Jamal Darius Parker trust vessel, in relation to the claimant/, as a **"ipso jure"** Moor Subject.  It is **only under legal compulsion** that the claimant/suitor/libellant is subjected to any jurisdiction other than the original jurisdiction of equity in the admiralty and maritime by nature law of nations vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE XXI*; *1789 constitution* for the united states of america in congress assembled*, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9.* and *§11;* and the *Treaty of Tunis 1824 ARTICLE XII.* and cannot be affected by the emergency enactments of legislation. due to the said conflict, the inherent law, equitable principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said proceeding legal in nature, in the courts the several states.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



The question's I present to this court and its People bound by oath to be Persons worthy of trust with all due respect:

CONGRESSIONAL QUESTIONS RAISED

The question's I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect I hereby draw into question the validity of the 39th 40th and 41st congress and its construction of the United States for the district of columbia its laws known as the Organic Act of 1871, D.C Code, UNITED STATES CONSTITUTION 14th, 15th amendments Federal Rules of Civil Procedures, Federal Rules of Appellate Procedure, United States Code, Federal Reserve Bank, FBI, CIA, ATF,BIA Department of labor, Department of health and human services, Department of Commerce, Department of Finance, Department of Transportation, POLICE PRECINCTS etc, its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States art III section clause 1 and Art.VI, 1786/1836 Treaty of Marrakech art. 2-25, 1795 Treaty of Algiers article III,V,VI,XV, 1781 Articles of Confederation Art. I, II,III,IV,VI,IX,XI,XII,XIII and general acts of congress? as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire : Affirm or Deny

1.) Is THE UNITED STATES DISTRICT COURT or COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

2.) When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/libelee(s)/privateers/pirates the authority to issue or grant letters of marque/reprisals? are YOUR letters of marque/reprisals repugnant to YOUR Trust Indenture the constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII?

Or are YOU actually Citizens of the United States of America according to the perpetual peace under approbation granted to YOU by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II? Affirm or Deny

4.) Are YOU commissioned and wearing enemy colors acting as a Privateer/Pirate Christian enemy of the united states for the district of columbia? Affirm or Deny

5.) Are YOU magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II. CHs. 853,85-1. 1901 to its entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10x10 square mile of headquarters, who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



privateers/ pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2-Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods property? Are YOUR proceedings contrary to YOUR Trust Indenture the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?

6.) Has any of the magistrates/officers/agents/employees and all defendants/libelee/privateer (s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

7.) Does the Local Rules, Federal Rules of Civil Procedure, and Federal Rules of Appellate Procedures (special legislation) supersede the Judiciary Act of 1789?

8.) I hereby draw into question the validity of the construction of "**WYANDOTTE 27th DISTRICT COURT OF MICHIGAN**, **36th DISTRICT COURT OF MICHIGAN** and **WAYNE COUNTY THIRD JUDICIAL CIRCUIT, THE UNITED STATES DISTRICT COURT EASTERN MICHIGAN DISTRICT**" where it deemed it necessary for the suppressing and burial of core private rights with arbitration, whether its repugnant to the constitution of the United States, Treaties and general acts of congress? Are YOUR proceedings contrary to YOUR Trust Indenture the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire? Affirm or Deny

9.) Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations (united states for the district of columbia) special legislation to Exceed the 10x10 Square mile?

10.) Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

11.) When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA, a federal Corporation was it their intent and purpose to apply to People or Persons?
12.) When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



13.) Did the United States of America in Congress Assembled in recess of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to issue letters of marque and reprisal, using acts of war passing ex Post facto laws, Administering due process, using bills of attainder, using colorable quasi in rem actors to pirate through insurrection, and rebellion, and the usurpation of the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of Spain/Mexico/ Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17 Art IV, V; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XIII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid. Affirm or Deny

14.) I also draw into question the validity of the Construction of The UNITED STATES CONSTITUTION amendments 11-25, is it Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress? 1786/1836 Treaty of Marrakech Article II, 1781 Articles of Confederation Article IV, VI, IX, XII,XIII affecting the private rights and title of an ipso jure Moor Subject of the Al Maroc Shereefian Empire? Affirm or Deny

**ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.**

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. **(Breached in the past)**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. **(Breached in the past)**

SEc. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. **(Breached in the past) Are the actions of the** magistrates/officers/agents/employees and all defendants/libelee(s)/privateer(s) **in tune with their Trust Indenture or the Treaties of the Al Maroc Shereefian Empire.**

1.) Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character, in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA", "UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT", INFERIOR COURTS, namely,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA. Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"Oxymoron", "unmoored", and farcical enforcing** rules that do not

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



**apply to prize proceedings in admiralty by nature law of nations nor are they in tune with YOUR Trust Indenture or the Treaties of the Al Maroc Shereefian Empire.**

**Franco-Al Maroc Shereefian Empire Protectorate Treaty signed at Fez March 30, 1912**

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.*

*"He who comes into equity must come with clean hands"*

### Statement of the Cause

The primary subject matter issue of your orator's special cause, as an "implied equitable maritime surety," he makes his original claim against defendant(s) seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s) (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a private People called Moor A Emperor, Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



onshore and offshore and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime jurisdiction by this High Court, your orator may be subject to unjust and irreparable harm and complete destruction in contravention of his maritime treaty protected rights and property.

**The Jay Treaty of 1794**

**Article XXI.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* ***"Breached in the past"…***

### Statement of the Cause

The primary subject matter issue of the claimant's speciali causa (special cause) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the defendant(s)libelee(s) and the claimant/suitor/libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant/suitor/libellant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the defendant/trustee(s)libelee(s) to make disclosure and therefore a discovery by suit in equity admiralty and maritime by nature law of nations is indispensable.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



The claimant/suitor/libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, the defendant(s)/libelee(s) have handled the estate of the claimant; or done business for him. The claimant/suitor/libellant is the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the claimant/suitor/libellant has an interest, and to pay over whatever may be due or belong to him. *"A good and faithful servant shall make a full accounting, to the owner, of the talents he was granted."*

The claimant/suitor/libellant has through his inherent power of appointment, appointed each defendant(s)/libelee(s), having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to and acceptance of each defendant(s)/libelee(s).

To be held in private by said defendant(s)/libelee(s) for the private enjoyment, use, possession, and benefit of the claimant/suitor/libellant.

Each defendant(s)/libelee(s) were issued a Bill of Lading for deed of conveyance and proof of tendering consideration of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant/suitor/libellant has an interest; to pay over whatever may be due or belong to him, or the balance due claimant/suitor/libellant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining interest / trust *res*, by *reconversion*.

Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the claimant went, or should have gone, into the possession, or under the control, of the defendant(s)/libelee(s), giving items, dates, values, and circumstances. The defendant(s)/libelee(s) has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof; or, if he did render any, that it was imperfect and incorrect, balance due claimant on a fair accounting; that claimant refused to accept it in any respect, and so notified the defendant(s)/libelee(s); Your

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



orator requires for an account to be taken by the Clerk and Master and for a decree for the amount found due.

If the defendant/suitor/libellant has any sureties bound for his good conduct, they should be made defendant(s)/libelee(s), and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached. "*One who seeks equity must do equity.*"

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being completely destroyed in libel beyond repair in the future because my rights have already been completely destroyed in the past and present by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** queen, james douglas II d/b/a JAMES DOUGLAS QUEEN II; brown, zenell b et al, chief clerk, et al; kenny, timothy m, chief justice;worthy, kim d/b/a KIM WORTHY; bailey,bryn chelsea d/b/a BRYN CHELSEA BAILEY; kehoe, james andrew d/b/a JAMES ANDREW KEHOE, petrides, christopher john d/b/a Christopher John Petrides; lochbiler, steven d/b/a Steven Lochbiler; haywood, ron l d/b/a Ron L. Haywood; elsey, ryan kevin d/b/a Ryan Kevin Elsey; wayne county prosecutor(s) slavins, mark t d/b/a MARK T SLAVENS et al,;, third circuit

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



court judge of michigan et al; buccinna, michael d/b/a MICHAEL BUCCINNA, riverview michigan police department; disanto, elizabeth l d/b/a ELIZABETH L. DISANTO, twenty-seventh district court judge et al., wyandotte michigan; sherman, millicent d d/b/a MILLICENT D. SHERMAN, thirty sixth district court judge et al.,; huertas, emmanuel d/b/a EMMANUEL HUERTAS , detroit police officer badge number 0349 006 1119; Nessel, dana et al, michigan attorney general, et al.;, mccarthy, kathleen m d/b/a KATHLEEN M. MCCARTHY, third judicial circuit michigan judge et al., they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff/libelee has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the plaintiff(s) /libelee(s) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff/libelee from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer"*.

On May 10th 2021 in the mid evening, May 13th 2022, july 29th, september 30th, november 18th, december 22nd of 2021 and up to this current day I am being confederated against and detained/captured and seized by christian enemy crewman cruisers importing and exporting my vessel as cargo outside of enemy lines,  shipped and received in enemy ports subjected to bottomry in the warehouse of the enemy ship through assaults and beatings on the High Seas and elsewhere by queen, james douglas II d/b/a JAMES DOUGLAS QUEEN II ; buccinna, michael d/b/a MICHAEL BUCCINNA, riverview michigan police department/privateer et al., and disanto, elizabeth l d/b/a ELIZABETH L. DISANTO, twenty-seventh district court judge /privateer et al., brown, zenell b et al, chief clerk, et al/ privateer et al.,; kenny, timothy m, chief justice/ privateer; worthy, kim d/b/a KIM WORTHY,wayne county prosecutor(s)/privateer et al.; bailey,bryn chelsea d/b/a BRYN CHELSEA BAILEY wayne county prosecutor(s)/privateer et al.; kehoe, james andrew d/b/a JAMES ANDREW KEHOE wayne county prosecutor(s)/privateer et al., petrides, christopher john d/b/a Christopher John Petrides wayne county prosecutor(s)/privateer et al.; lochbiler, steven d/b/a Steven Lochbiler; haywood wayne county prosecutor(s)/privateer et al. , ron l d/b/a Ron L. Haywood et al.,/privateer et al.; elsey, ryan kevin d/b/a Ryan Kevin Elsey; wayne county prosecutor(s)/privateer et al., slavens, mark t d/b/a MARK T SLAVENS et al,;, third circuit court judge of michigan et al;/privateer et al., sherman, millicent d d/b/a MILLICENT D. SHERMAN, thirty sixth district court judge/ privateer et al.,; huertas, emmanuel d/b/a EMMANUEL HUERTAS , detroit police officer/ privateer badge number 0349 006 1119; Nessel, dana et al, michigan attorney general, et al., /privateer, eubanks, rachael d/b/a RACHAEL EUBANKS, michigan state treasurer heirs and assigns, *glenn, william d/b/a WILLIAM GLENN d/b/a Glenn & Glenn, PC,* License# P36794 / privateer et al.;whitmer, gretchen esther d/b/a

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



GRETCHEN ESTHER WHITMER, michigan state governor.,; a People who is bound by oath to be Persons Worthy of Trust" after I gave officers actual notice of my special and particular political status as a People called Moor which is a direct breach of their fiduciary duties as Trustees pursuant to *1789 constitution of the united states Art 1 section 8 clause 10 and clause 17 and 1786/1836 Treaty of Marrakech Art. II* to Protect and render aid to me and my vessels as a People called Moor and also protect People who are Citizens of the united states of america in congress assembled. The officers stated they knew who Moors are and committed blasphemy treason on the High Seas against me by calling me a sovereign citizen which is very *unbecoming and slanderous* of them in character act and deed. I am currently in fear of my life because an appeal to arms was made against me as a Moor without a year notice for me to get my property and myself to safe place causing a shock to my conscience and not being able to pass and repass amongst the christians and jews as the 1492 Treaty of Grenada clearly expresses and I am the Moor beneficiary and my natural maritime rights are being irreparably destroyed **"In Fact" in libel** by unbecoming hostile and belligerent citizens of the united states for the district of columbia in clear breach of 1795 Treaty of Algiers Article III,V,XV and *Treaty of Tripoli 1796-ARTICLE XII* and XI. I as a People called Moor calls into question the Intent and Purpose of penzone, paul d/b/a PAUL PENZONE maricopa county sheriff/privateer et al., a People bound by oath to be a Persons worthy of trust because he was given notice of my status in the form of a writ of quia timet sent to him by registered mail and failed to give notice of my *Special and Particular Political Status* as a Moor to his co-Trustees who works under him and allowing them to detain beat and assault using letters of marque/reprisal to Confederate against a Moor in a hostile and belligerent manner which is very *unbecoming* of him in character act and deed "*He who occasions the loss must bear the burden*" "*Equity Imputes an Intent to fulfill an obligation*".

The venues called **WYANDOTTE 27th DISTRICT COURT**, **36th DISTRICT COURT OF MICHIGAN** and **WAYNE COUNTY THIRD JUDICIAL CIRCUIT, THE UNITED STATES DISTRICT COURT EASTERN MICHIGAN DISTRICT,** INFERIOR COURTS, namely,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA are in fact **"legal fictions",** Oxymorons, unmoored, farcical, improper as well as does not apply to prize proceedings in admiralty in personam only, *"In Fact" and its* **People who are bound by oath to be Persons Worthy of Trust** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. Any People bound by oath to be Persons worthy of Trust that opposes that these proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and that it is very clear that there exists a Conflict of Law and Variance, should seek into having a psychiatric examination done on themselves. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an **"ipso jure"** *a private people called Moor and Subject of the Al Maroc Shereefian*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*Empire.* The above named *Persons Worthy of Trust* are clearly subjects of the united states for the district of columbia which makes them Enemy belligerent citizens and they continued to move against the Moor in a very ***unbecoming*** Hostile manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator ***"in Fact"*** Denied all these Scandalous allegations.

Once again this revenue is a united states for the district of columbia port of entry that breached its charters by extending its waters outside the 10 square miles in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of ( ) and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

queen, james douglas II d/b/a JAMES DOUGLAS QUEEN II ; brown, zenell b et al, chief clerk, et al; kenny, timothy m, chief justice;worthy, kim d/b/a KIM WORTHY; bailey,bryn chelsea d/b/a BRYN CHELSEA BAILEY; kehoe, james andrew d/b/a JAMES ANDREW KEHOE, petrides, christopher john d/b/a Christopher John Petrides; lochbiler, steven d/b/a Steven Lochbiler; haywood, ron l d/b/a Ron L. Haywood; elsey, ryan kevin d/b/a Ryan Kevin Elsey; wayne county prosecutor(s)/*privateer(s); glenn, william d/b/a WILLIAM GLENN d/b/a Glenn & Glenn, PC,* License# P36794 / privateer *et al.,* slavens, mark t d/b/a MARK T SLAVENS et al,;, third circuit court judge/*privateer* of michigan et al; buccinna, michael d/b/a MICHAEL BUCCINNA, riverview michigan police/*privateer* department; disanto, elizabeth l d/b/a ELIZABETH L. DISANTO, twenty-seventh district court judge/*privateer* et al., wyandotte michigan; sherman, millicent d d/b/a MILLICENT D. SHERMAN, thirty sixth district court judge/*privateer* et al.,; huertas, emmanuel d/b/a EMMANUEL HUERTAS , detroit police officer/*privateer* badge number 0349 006 1119; Nessel, dana et al, michigan attorney general, et al.,; essix,kinikia d d/b/a KINIKIA D ESSIX , district court of the united states eastern michigan clerk et al; cox, sean francis d/b/a SEAN FRANCIS COX, edmonds, nancy garlock d/b/a NANCY GARLOCK EDMONDS, altman, kimberly g d/b/a KIMBERLY G. ALTMAN district court of the united states eastern michigan chief judge and pro tempore judges/privateer(s) et al..; whitmer, gretchen esther d/b/a GRETCHEN ESTHER WHITMER, michigan state governor.; were appointed as ***People who are bound by oath to be Persons Worthy of Trust*** and was issued a ***Deed of Conveyance*** on special deposit with specific performance to extinguish all debts in the public

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties. Furthermore slavens, mark t d/b/a MARK T. SLAVENS did acknowledge that your Orator **"In Fact"** has a Special Title and is a Moor People of the Moor Estate consequently he also admits "in fact" that he has an oath he has to follow that is contrary to the oath or oaths he took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very **unbecoming** of her and his character act and deed. *disanto, elizabeth l d/b/a ELIZABETH L DISANTO, twenty-seventh district court judge/privateer, wyandotte michigan and* slavens, mark t d/b/a MARK T. SLAVENS, third circuit court judge/privateer et al.,detroit michigan both entered in an order against my property "JAMAL DARIUS PARKER " with *the intent and purpose of looting and molesting, the vessel and the persons/property in a so-called hearing for a psychiatric examination knowingly and admittingly through legal compulsion, belligerent blockade, and abuse of power.* The above named Persons Worthy of Trust realize and hereby understands that parker, jamal darius d/b/a JAMAL DARIUS PARKER am egressed perpetually in the **Dominions of the Al Maroc Shereefian Empire** and have the unalienable private right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor, under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action.

I parker, jamal darius, a private people called Moors grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors including, but not limited to, all right title and interest of the said described property including, but not limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases, derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered. **"Equity**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*does not aid the Volunteer"* See attached exhibits of the Transcript as i'm the only Real Party in interest in this Matter.

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable surety," he makes his original claim against defendant(s)/libelee(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, your orator may be subject to unjust and irreparable harm and complete destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being completely destroyed in libel beyond repair in the future because my rights have already been completely destroyed in the past and present by the following *"People who are bound by oath to be Persons Worthy of Trust"* taylor, bacle don III d/b/a Bacle Don Taylor III et al., phoenix  municipal court chief judge/privateer et al., and tang-hynes, tammy  d/b/a badge no. 06456 TAMMY TANG-HYNES, phoenix police officer/privateer et al.,; spross, james d/b/a  badge no. 05955 JAMES SPROSS, Phoenix Police Officer/privateer et al.,; williams, jeri d/b/a JERI WILLIAMS, phoenix police chief/privateer et al., and vnguien, liz d/b/a LIZ VNGUIEN et al.,pro tempore judge/privateer et al.,; espey, larry n et al., d/b/a LARRY N. ESPEY et al., ALL CITY TOWING d/b/a ACT TOWING, LLC et al.,; espey, barbara l et al., d/b/a BARBARA L. ESPEY et al., d/b/a  ALL CITY TOWING d/b/a ACT TOWING, LLC et al.,; lucas, debra d d/b/a DEBRA D. LUCAS and snow, grant murray d/b/a GRANT MURRAY SNOW, district court of the united states arizona district et al; vandyke,

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*

lawrence d/b/a LAWRENCE VANDYKE,  bress, daniel aaron d/b/a DANIEL AARON BRESS,  smith, milan dale jr d/b/a MILAN DALE SMITH jr, pro tempore judges/privateers et al., Circuit Court of the United States for the district of arizona  are all guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff/libelee has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the plaintiff/libelee obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant/suitor/libellant, or by any other fraud, the Court on due application, will enjoin the plaintiff/libelee from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *"Equity does not aid the Volunteer"*.

The venue called **PHOENIX MUNICIPAL COURT, THE UNITED STATES DISTRICT COURT ARIZONA DISTRICT,** INFERIOR COURTS, namely, JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA is in fact a **"legal fiction",** Oxymoron, unmoored and is improper does not apply to prize proceedings in admiralty in personam only, *"In Fact" and its **People who are bound by oath to be Persons Worthy of Trust*** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an **"ipso jure"** *a private people called Moor and Subject of the Al Maroc Shereefian Empire.* The above named *Persons Worthy of Trust* are clearly subjects of the united states for the district of columbia which makes them Enemy belligerent citizens and they continued to move against the Moor in a very ***unbecoming*** Hostile  manner in character act and deed with intent and purpose of Treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator ***"in Fact"*** Denied all these Scandalous allegations.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



"Once again this revenue is a united states for the district of columbia port of entry that breached its charters by extending its waters outside the 10 square miles in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of ( ) and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled".

taylor, bacle don III d/b/a Bacle Don Taylor III et al., phoenix  municipal court chief judge/privateer et al., and tang-hynes, tammy  d/b/a badge no. 06456 TAMMY TANG-HYNES, phoenix police officer/privateer et al.,; spross, james d/b/a  badge no. 05955 JAMES SPROSS, Phoenix Police Officer/privateer et al.,; williams, jeri d/b/a JERI WILLIAMS, phoenix police chief/privateer et al., and vnguien, liz d/b/a LIZ VNGUIEN et al.,pro tempore judge/privateer et al.,espey, larry n et al., d/b/a LARRY N. ESPEY et al., ALL CITY TOWING d/b/a ACT TOWING, LLC et al.,; espey, barbara l et al., d/b/a BARBARA L. ESPEY et al., d/b/a  ALL CITY TOWING d/b/a ACT TOWING, LLC et al., debra d d/b/a DEBRA D. LUCAS and snow, grant murray d/b/a GRANT MURRAY SNOW, district court of the united states arizona district et al; were appointed as ***People who are bound by oath to be Persons Worthy of Trust*** and was issued a ***Deed of Conveyance*** on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties. Furthermore taylor, bacle don d/b/a  did acknowledge that your Orator ***"In Fact"*** has a Special Title and is a Moor People of the Moor Estate consequently he also admits "in fact" that he has an oath she has to follow that is contrary to the oath or oaths she took to Your Orator as an ipso jure Moor Subject of the Al Maroc Shereefian Empire which is very ***unbecoming and unmoored*** of his character act and deed. taylor, bacle don III d/b/a Bacle Don Taylor III et al. entered in a judgment against my property "JAMAL DARIUS PARKER" with *the intent and purpose of molesting me, my vessel and my persons/property in a so-called traffic violation hearing knowingly and admittingly through legal compulsion and contravention.* The above named Persons Worthy of Trust realize and hereby understands that i am egressed perpetually in the ***Dominions of the Al Maroc Shereefian Empire*** and have the unalienable private right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor,  under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable  attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action.

 I parker, jamal darius, a private people called Moors grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of admiralty, demands for equal justice to be rendered in the original exclusive admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors  including, but not limited to, all right title and interest of the said described property including, but not  limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases,  derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my  signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered. ***"Equity does not aid the Volunteer"*** See attached exhibits of the Transcript as i'm the only Real Party in interest in this Matter.

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s)/libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being completely destroyed in libel beyond repair in the future because my rights have already been destroyed in the past and present by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** ross, michael tyler d/b/a MICHAEL TYLER ROSS; weimer, Kevin p d/b/a KEVIN P. WEIMER, district court clerk, et al., carr, christopher d/b/a CHRISTOPHER CARR   Attorney General Georgia State et al Heirs and Assigns., erskine, kurt r d/b/a KURT R ERSKINE; morris, jessica celina d/b/a JESSICA CELINA MORRIS, bar no.100907 attorney/next of friend et al.,; brooks, carmen d/b/a CARMEN BROOKS, attorney/next of friend et al..,, and larkins, john k III d/b/a JOHN K. LARKINS III, adams, gregory a d/b/a GREGORY A ADAMS et al., Dekalb county superior court judge; peagler, desiree s   d/b/a DESIREE S. PEAGLER et al., Dekalb county superior court judge**,** HEIRS AND ASSIGNEES; johnson, courtney l d/b/a COURTNEY L. JOHNSON, Dekalb county superior court judge et al**.,** HEIRS AND ASSIGNEES; scott, mark anthony d/b/a   MARK ANTHONY SCOTT, Dekalb county superior court judge et al., HEIRS AND ASSIGNEES; fells, lajuana d/b/a LAJUANNA FELLS, THE FELLS FIRM et al; maddox, melody m d/b/a  MELODY M MADDOX et al., DEKALB COUNTY SHERIFF et al.,.; brooks, carmen jeannette d/b/a CARMEN JEANNETTE BROOKS, cannon, regina dianne d/b/a REGINA DIANNE CANNON**,** district court judge.;, they are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said *plaintiff(s)/libelee(s)* has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the *plaintiff(s)/libelee(s)* obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the alleged defendant, or by any other misuse of power, the Court on due application, will enjoin the *plaintiff(s)/libelee(s)* from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



defense, and was guilty of no negligence or other fault in the case. ***"Equity does not aid the Volunteer".***

The venue called **THE SUPERIOR COURT OF DEKALB COUNTY** and **UNITED STATES DISTRICT COURT, NORTHERN GEORGIA DISTRICT,** INFERIOR COURTS, namely,JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the SUPREME COURT OF THE DISTRICT OF COLUMBIA are in fact a **"legal fiction",** Oxymoron, unmoored and is improper in venue and the rules do not apply to prize proceedings in admiralty, *"In Fact" and its* **People who are bound by oath to be Persons Worthy of Trust** are incapable of speaking law over any matters concerning Maritime Treaties, articles of Confederation and Constitutions. These proceedings are Martial/Military in character and Modes of a Purely legal Nature in the colorable admiralty and maritime jurisdiction and it is very clear that there exists a Conflict of Law and Variance. Your Orator also calls into question the Intent and Purpose of the above named People bound by oath to be Persons Worthy Trust conscience. They Continued to move in a matter that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to Irreparably destroy the rights in libel of an **"ipso jure"** *a private people called Moor Noble and Subject of the Al Maroc Shereefian Empire.* The above named *Persons Worthy of Trust* are clearly subjects of the united states for the district of columbia which makes them Enemy belligerent citizens and they continued to move against the Moor in a very **unbecoming, unmoored,** Hostile manner in character act and deed with intent and purpose of treating your Orator as a National/Ally/neutral of a designated enemy country. Your Orator **"in Fact"** Denied all these Scandalous allegations.

Once again this revenue is a united states for the district of columbia port of entry that breached its charters by extending its waters outside the 10 square miles in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of ( ) and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



ross, michael tyler d/b/a MICHAEL TYLER ROSS; weimer, Kevin p d/b/a KEVIN P. WEIMER, district court clerk, et al., carr, christopher d/b/a CHRISTOPHER CARR  Attorney General Georgia State et al Heirs and Assigns., erskine, kurt r d/b/a KURT R ERSKINE; morris, jessica celina d/b/a JESSICA CELINA MORRIS, bar no.100907 attorney/next of friend et al.,; brooks, carmen d/b/a CARMEN BROOKS, attorney/next of friend et al..,, and larkins, john k III d/b/a JOHN K. LARKIN III, adams, gregory a d/b/a GREGORY A ADAMS et al., Dekalb county superior court judge; peagler, desiree s   d/b/a DESIREE S. PEAGLER et al., Dekalb county superior court judge**,** HEIRS AND ASSIGNEES; johnson, courtney l d/b/a COURTNEY L. JOHNSON, Dekalb county superior court judge et al**.,** HEIRS AND ASSIGNEES; scott, mark anthony d/b/a   MARK ANTHONY SCOTT, Dekalb county superior court judge et al., HEIRS AND ASSIGNEES; maddox, melody m d/b/a  MELODY M MADDOX et al., DEKALB COUNTY SHERIFF et al.,; fells, lajuana d/b/a LAJUANNA FELLS, THE FELLS FIRM et al; brooks, carmen jeannette d/b/a CARMEN JEANNETTE BROOKS, cannon, regina dianne d/b/a REGINA DIANNE CANNON**, district** court judge et al.,;, were appointed as ***People who are bound by oath to be Persons Worthy of Trust*** and was issued a ***Deed of Conveyance*** on special deposit with specific performance to extinguish all debts in the public and setoff in the private they hereby failed to Obey the Moor by following his instructions which constitutes a Breach of faith, Breach of Treaty relations and Breach of Fiduciary Duties. Furthermore larkins, john k III d/b/a JOHN K LARKINS III  did acknowledge that your Orator **"*In Fact"*** has a Special Title and is a Moor People of the Moor Estate consequently he also admits "in fact" that they all have an oath they all have to follow that is contrary to the oath or oaths all said defendant(s)/libelee(s) took to Your Orator as an ipso jure Moor Noble and Subject of the Al Maroc Shereefian Empire which is very ***unbecoming and unmoored*** of his character act and deed. larkins, john k III d/b/a JOHN K LARKINS III et al. entered in a order against my property that's contrary to those of Equity admiralty and maritime jurisdiction by nature and good conscience with willful Intent and scandalous purpose to completely destroy the rights in libel of an ***"ipso jure"*** *a private people called Moor Noble and Subject of the Al Maroc Shereefian Empire,* "MARK ANTHONY STEPHERSON" with *the intent and purpose of molesting, the vessel and the persons/property in a so-called hearing for a psychiatric examination, violation of interstate commerce, knowingly and admittingly through legal compulsion.* The above named Persons Worthy of Trust realize and hereby understands that stepherson, mark anthony jr d/b/a MARK ANTHONY STEPHERSON Jr. is egressed perpetually in the ***Dominions of the Al Maroc Shereefian Empire*** and have the unalienable

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



private right bestowed upon me by the Most High Anu-el to pass and repass as the *Treaties perpetually says. As punishment for these actions your Orator hereby demands respectfully and requires that an Equitable Maritime Lien be Attached to the charter and* all the so-called plaintiff's and persons worthy of Trust, unlimited liability, their bonds, sureties, bar cards, estates, collaterals, personal property, and their persons is executed for the irreparable harm done to my rights, my reputation, or my capacity to labor,  under legal compulsion and molestation, which they have sworn an oath to protect. Said equitable  attachment is collateral security in the form of an equitable mortgage with all rights to assign as a choice in this action. I parker, jamal darius, a private people called Moor grantee/grantor/heir/beneficiary is the true owner, under the rules of equity and of the 1910 rules of practice in admiralty, demands for equal justice to be rendered in admiralty and maritime jurisdiction by nature laws of nations in the form of all that was intended for me by my ancestors  including, but not limited to, all right title and interest of the said described property including, but not  limited, to any abandoned funds, interest, credits emitted, monies borrowed, lands, assets, rents, leases,  derivatives, profits, proceeds, reserves, stores, attachments, all acquisitions due to me granting my signature, an equitable asset, for consideration, and said Account taken without prior notice of superior, equal or prior adverse interest—legal or equitable--- and without consent or equal Justice being rendered. **"*Equity does not aid the Volunteer*"** See court records of the Transcript as i'm the only Real Party in interest in this Matter.

### Statement of the Cause

Your orator is in jeopardy of his private rights being completely destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** martin, donna d/b/a DONNA MARTIN  provost marshal general of the army of the united states et al, and garland, merrick d/b/a  MERRICK GARLAND attorney general of the united states et al., saul, andrew d/b/a ANDREW SAUL commissioner of social security administration et al.,yellen, janet louise d/b/a JANET LOUISE YELLEN treasurer of the united states et al., blinken, antony d/b/a ANTONY BLINKEN secretary of state of the united states et al., haaland, debra anne d/b/a DEBRA ANNE HAALAND secretary of interior of the united states et al.,  rettig, charles paul d/b/a CHARLES PAUL RETTIG commissioner of internal revenue et al., mayorkas, alejandro d/b/a ALEJANDRO MAYORKAS secretary of homeland security et al., brnovich, mark d/b/a MARK BRNOVICH arizona attorney general et al.; lundfelt, geoff d/b/a GEOFF

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



LUNDFELT chief executive officer et al., kadisha, robert d/b/a ROBERT BRUTINEL chief justice of the supreme court et al; richer,stephen d/b/a STEPHEN RICHER maricopa county recorder et al., Mathis, andrew t d/b/a MATHIS T ANDREW d/b/a ANDERSON BUSINESS ADVISORS, LLC d/b/a Clan Donare Mountain et al.;coons, clint d/b/a CLINT COONS d/b/a

ANDERSON REGISTERED AGENTS, INC. d/b/a ANDERSON BUSINESS ADVISORS, LLC d/b/a Clan Donare Mountain et al.; nguyen, andrew d/b/a ANDREW NGUYEN d/b/a Clan Donare Mountain et al.,; hsu, michael j d/b/a MICHAEL J. HSU, OFFICE OF THE COMPTROLLER OF CURRENCY williams, jeri.l d/b/a JERI L. WILLIAMS chief police of phoenix police department et al.,begay, deborah d/b/a DEBORAH BEGAY, moon valley justice court judge et al., benson, jocelyn d/b/a JOCELYN BENSON et al.,secretary of state, **Michigan Department of State** HEIRS AND ASSIGNEES, esser, pat et al., d/b/a PAT ESSER et al.,chief executive officer et al., **Cox Communications,** HEIRS AND ASSIGNEES; hathaway, bridget mary et al., d/b/a BRIDGET MARY HATHAWAY et al., **Michigan 3rd circuit judge,** HEIRS AND ASSIGNEES; nevalo, stacie et al., d/b/a STACIE NEVALO et al., **Wyandotte judicial district court** HEIRS AND ASSIGNEES; dixon, eric d/b/a ERIC DIXON, **On Q property management et al** HEIRS AND ASSIGNEES; washington, raphael d/b/a RAPHAEL WASHINGTON, **Wayne county sheriff** et al., HEIRS AND ASSIGNEES , roscoe, douglas anthony jr d/b/a DOUGLAS ANTHONY ROSCOE JR d/b/a DOUG DUCEY arizona governor et al.; hobbs, katie et al., d/b/a KATIE HOBBS et al., **Arizona Secretary of State** , HEIRS AND ASSIGNEES; hernandez, jaime d/b/a JAIME HERNANDEZ, **Phoenix municipal judge** et al., HEIRS AND ASSIGNEES; Carr, christopher et al., d/b/a CHRISTOPHER CARR et al.,Georgia Attorney General; hathaway, thomas m j d/b/a THOMAS M J HATHAWAY et al.,, **3rd circuit court judge,** HEIRS AND ASSIGNEES; roberts, brett et al., d/b/a BRETT ROBERTS et al., **CREDIT ACCEPTANCE,** HEIRS AND ASSIGNEES; espey, larry n et al., d/b/a LARRY N. ESPEY et al., ALL CITY TOWING d/b/a ACT TOWING, LLC et al.,; espey, barbara l et al., d/b/a BARBARA L. ESPEY et al., d/b/a ALL CITY TOWING d/b/a ACT TOWING, LLC et al.,; penzone paul d/b/a PAUL PENZONE maricopa county sheriff et al.; hull, andrew m. d/b/a ANDREW M. HULL #004153, holliday, denise d/b/a DENISE HOLLIDAY #017275 holliday, kevin d/b/a KEVIN HOLLIDAY #017276 schlaback, matthew r. d/b/a MATTHEW SCHLABACH #034118 attorneys/next of friend et al., biden, joseph robinette d/b/a JOSEPH ROBINETTE BIDEN president of the united states for the district of columbia/privateer/pirate et al.,guterres, antonio d/b/a ANTONIO GUTERRES secretary-general of the united nations et al.,huongbo, gilbert f. d/b/a GILBERT F. HUONGBO ILO

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



director-general et al.,dongyu, qu d/b/a QU DONGYU FAO director-general et al.,azoulay, audrey d/b/a AUDREY AZOULAY UNESCO director-general et al., salazar, juan carlos d/b/a JUAN CARLOS SALAZAR ICHO secretary-general et al.,ghebreyesus, tedros adhanom d/b/a TEDROS ADHANOM GHEBREYESUS WHO director-general et al.,malpass, david r. d/b/a DAVID R. MALPASS president of the world bank group et al.,metoki, masahiko MASAHIKO METOKI UPU director-general et al.,georgieva, kristalina d/b/a KRISTALINA GEORGIEVA IMF managing-director et al.,hao, houlin d/b/a HOULIN ZHAO ITU secretary-general et al.,taalas, petteri d/b/a PETTERI TAALAS WMO secretary-general et al.,lim, kitack d/b/a KITACK LIM IMO secretary-general et al.,tang, daren d/b/a DAREN TANG WIPO director-general et al., waly, ghada fathi d/b/a GHADA FATHI WALY UNODC executive-director et al., beasley, david d/b/a DAVID BEASLEY WFP executive-director et al.,sharif, maimunah mohd d/b/a MAIMUNAH MOHD UN habitat executive-director et al., okonjo-iweala, ngozi d/b/a NGOZI OKONJO-IWEALA WTO director-general et al.,grossi, rafael mariano d/b/a RAFAEL MARIANO GROSSI IAEA director-general et al., pololikashivili, zurab d/b/a ZURAB POLOLIKASHIVILI UNWTO secretary-general et al., muller, gerd d/b/a GERD MULLER UNIDO director-general et al., lario, Alvaro d/b/a ALVARO LARIO IFAD president et al.,russell, catherine m. d/b/a CATHERINE M. RUSSELL UNICEF executive-director et al., kanem, natalia d/b/a NATALIA KANEM UNFPA executive-director et al., vitorino, antonio d/b/a ANTONIO VITORINO LOM director-general et al.,bahous, sima sami d/b/a SIMA SAMI BOHOUS UN WOMAN executive-director et al., grynspan, rebeca d/b/a REBECA GRYNSPAN UNCTAD secretary-general et al., steiner, achim d/b/a ACHIM STEINER UNDP administrator et al.,anderson, inger d/b/a INGER ANDERSON UNEP executive-director et al., grandi, filippo d/b/a FILIPPO GRANDI UNHCR high commissioner et al.,lazzarini, phillipe d/b/a PHILLIPE LAZZARINI UNRWA commissioner general et al.,schwab, klaus d/b/a KLAUS SCHWAB executive chairman of the world economic forum et al., Heirs and Assigns are all guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations and a good conscience by continuing to use the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said plaintiff/libelee(s) has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff/libelee(s) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff/libelee(s) from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant(s) /libelee(s) really had a meritorious defence, and was guilty of no negligence or

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed* **"Equity does not aid the Volunteer".**

The above mentioned defendants/libelee(s) whether officials/trustees public or private or caretakers/custodians have breached their duties that I as a people called Moors entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecomingly in character act and deed. They have Confederated against me and my beneficiaries / protected People through assaults and beatings on the High Seas and elsewhere has breached maritime treaty relations, breached fiduciary relations and breached trust relations my private rights have been completely destroyed beyond repair in libel Their actions are demonstrably erroneous and unbecoming in nature character act and deed.  There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas and elsewhere, as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because i am a Moor Noble and Subject of an Empire and grantee/heir/beneficiary protected by the 1778 Treaty of the Delawares Article VI. ***Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. A Trust Arise and I am the beneficiary this right has been completely destroyed in the past, present and future.*** *"Equity follows the law"* He

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*who comes into equity  must come with clean hands" He who occasions the loss must bear the burden".*

### Statement of the Cause

I parker, jamal darius a Private People called Moors/grantee/grantor/beneficiary hereby require demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the Articles of Confederation 1781 is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the People called Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I as the Lord of the Land Air and Water the Moor Subject of the Al Maroc Shereefian Empire am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten miles square. So I command swain, laura t d/b/a LAURA TAYLOR SWAIN chief judge/ acting as chancellor/master and his associate justices to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the Subjects of the Al Maroc Shereefian Empire the moment they claim to be Moors I demand they be immediately released  and set at liberty for I never gave permission or consent for any of my Subjects/Beneficiaries to be naturalized or members of any one of the United States. My Subjects are under Me as I am Emperor in my own right for I will never entertain the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states ;

" *the law of the country shall take place and Equal Justice shall be rendered".*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



- *Show Good Cause why YOU as a clerk and a chief judge of the district court of united states does not have to honor and obey your oath to the constitution of the united states and the laws of the united states as a Trustee and faithful Servant a surety a slave and why you are not Subject to libel/Slander in contravention for committing Treason on the high Seas in the Exclusive Equity and Maritime Jurisdiction by nature law of nations*

**I also demand the following named Moor subjects be immediately released and set at liberty**

1. *Immediately release and set at Liberty his vessels, goods and chattel Moor beneficiary brown, torrey d/b/a TORREY BROWN inmate trust #* **291581** *currently held at chippewa correctional facility of michigan.*

2. *Immediately release and set liberty his vessels, goods and chattel Moor beneficiary parker, jamal darius jr d/b/a JAMAL DARIUS PARKER Jr. trust (Case) #* **2200132301FH** *currently in third circuit court of michigan*

3. *Immediately release and set liberty his vessels, goods and chattel Moor beneficiary stepherson, mark anthony d/b/a MARK ANTHONY STEPHERSON trust (Case) #* **1:21-00507-mhc-jkl** *currently held captive as cargo at FEDERAL DETENTION CENTER MIAMI*

**Prize is a term used in admiralty law to refer to equipment, vehicles, vessels, and cargo captured during armed conflict. The most common use of *prize* in this sense is the capture of an enemy ship and her cargo as a prize of war. In the past, the capturing force would commonly be allotted a share of the worth of the captured prize. Nations often granted letters of marque that would entitle private parties to capture enemy property, usually ships. Once the ship was secured on friendly territory, she would be made the subject of a prize case: an *in rem* proceeding in which the court determined the status of the condemned property and the manner in which the property was to be disposed of.**

<u>**Substantive Due Process of War**</u>

**Treaty with Algeria September 5, 1795**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



**ARTICLE YE 15th**

Any disputes or Suits at Law that may take Place between the Subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency. (a Trust arises) *Breached in the Past and Present*

**ARTICLE YE 19th**

Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner. (A Trust arises) *Breached in the Past and Present*

**Treaty of Peace and Friendship, Signed at Tripoli November 4, 1796**

**ARTICLE 3.**

If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners. *Breached in the Past and Present*

**ARTICLE 12**., In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same; *Breached in the Past and Present*

**1786 Treaty of Marrakech**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*Article I. We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein.* **Breached in the past**

*Article II. If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.* **Breached in the Past**

**VI.** If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. **Breached in the Past and Present**

**VII.** If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation. **Breached in the Past and Present**

If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever. **Breached in the Past and Present**

*Article XX. If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.* **Breached in the Past**

*Article XVI. In case of a War between the Parties, the Prisoners are not to be made Slaves, but to be exchanged one for another, Captain for Captain, Officer for Officer and one private Man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican Dollars for each Person wanting; And it is agreed that all Prisoners shall*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



be exchanged in twelve Months from the Time of their being taken, and that this exchange may be effected by a Merchant or any other Person authorized by either of the Parties. **Breached in the Past**

**Article XV.** Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less. **Breached in the Past**

**Article XXIII.**  The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made. **Breached in the Past**

**Exodus 24:12 10 Commandments Breached in the past**  "You shall have no other gods before me.

4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below.

5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me,

6 but showing love to a thousand generations of those who love me and keep my commandments.

7 "You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.

8 "Remember the Sabbath day by keeping it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns. 11 For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.

**Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations**



*12 "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.*

*13 "You shall not murder.*

*14 "You shall not commit adultery.*

*15 "You shall not steal.*

*16 "You shall not give false testimony against your neighbor.*

*17 "You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor."*

**Take notice Re: Exhibit V- COPIUS NOTES of the Supreme Court of the United States  Treatis on Treaties**

*whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty.* ***Breached in the Past and Present***

*The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes your order erroneous and unmoored.*

*Where a treaty is the law of the land, and as such affects the rights of parties litigating in court,  thats treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper*

***Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations***



*The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy.*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

Furthermore, the breach of faith/breach of treaty relations, and fiduciary duties in contravention is libel and slander and Treason against the Ipso Jure Noble Moor Subjects of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the 1871 organic act, the District of Columbia code etc. As Emperor nowhere in the constitution did I state that the Constitution Trust Manifesto was perpetual it's very clear that there was a scandalous intent and purpose to extirpate the People called Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Noble Moor Subjects of an Empire **"He who occasions the loss must bear the burden"**

I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, and the united states of america in congress assembled and its 1789 constitution of united states is **Void** ***Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, 1781 articles of confederation, Equity imputes an intent to fulfill an obligation, Equity see what is done as ought to be done.***

*Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State.* ***Breached in the past and present***

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 X 10 square mile of the headquarters who identifies

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which was agreed *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:*

*1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo* **Breached in the past**.

*2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it* **Breached in the past.**

*3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned* **breached in the past**.

**4.** *The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament herein after mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or* **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe breached in the past.**

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



5.   The united states for the district of columbia has become a complete nuisance their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. "***It is so Written so Shall it Be done ASE***"

## Statement of the Cause

The primary subject matter issue of the claimant/suitor/libellant special cause is for the full restoration and remedy against the destruction of rights born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1.   Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *libellant's* free ingress and regress to and from.

2.   Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3.    Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4.   Libel and Slander in attempts to completely destroy claimant/suitor/libellant reputation, right to goods and chattels, credits,liberties, and his labor, or call upon *Complainant* for indemnity or satisfaction, on behalf of another, "**under legal compulsion**."

5.   Subject *claimant/suitor/libellant "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *Complainant* was a citizen of the united states for the district of columbia, or citizen of the united states of america in congress assemble," and subject to their laws.

6.   Treating *claimant/suitor/libellant* as a belligerent and national of a designated enemy country.

7.   Subjecting *claimant/suitor/libellant* any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *Libellant's* against possible or prospective injuries, and to preserve the means by  which *Libellant's* existing rights may be protected from future or contingent violations.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



8. Endangering *Libellant's*, implied equitable surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The *Libellant's* certificate of title of "SPECIAL DEPOSIT" has issued to the Trustee's a, delivered and accepted.

### *"He who sleeps on his rights has none"*

Your orator requires for the issue a **Writ of QUIA TIMET (**injunction) in the foregoing bill to inhibit and restrain the said *Defendants/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is prayed for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united  states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendants/libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator requires that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendants/libelee(s),* their heirs, assigns, and agents, to secure the payment of the money due *claimant/suitor/libellant*, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendants/libelee(s)* own use, dispose of, destroy, or clog the ability to return the collateral to the parker,jamal darius for any breach of faith, be levied.

*Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the*

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



*homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson)*

This is the first application for an injunction in this cause.

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail.  Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice.    Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the original admiralty and maritime jurisprudence by nature law of nations.  The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Annex.    Further the *claimant/suitor/libellant* does notice that this cause has been initiated in personam only and in accordance with the soul, intent and purpose of the rules of the 1910 supreme court of the united states "rules of practice in admiralty" number 16, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 23 of same. *Stand by what has been decided, and do not disturb what is settled.*

### *Conclusion*

### **Demand for Special and General Restoration**

Wherefore the foregoing, your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not."

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



a. Acknowledgement of parker, jamal darius Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "JAMAL DARIUS PARKER," establishing my equitable maritime rights, powers and relation to said estate; all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, his person, and his wife and minor offspring(s), and his right to work, and to sell and acquire property, and engage in lawful business, and his and their reputation, health and capacity to labor;

b. Acknowledgement of parker,jamal darius's, special and particular political status as a private Moor, americas aboriginal michiganian national, and subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled;"* that he shall be treated as friendly, and respected and esteemed as that of the **most favored Nation;** and that due process and equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature towards him in all disputes;

c. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

d. Exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

e. Decree a special article III judge/chancellor/master who is competent/impartial and cognizant of all special cause in the exclusive admiralty and maritime jurisdiction by nature law of nations to be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit (proposed Order attached herewith);

f. Decree to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the prize proceedings (proposed Order attached herewith);

g. Decree any other General and Special Restoration, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator requires you to issue a decree declaring Libellant parker,jamal darius to be the Heir and Sole Beneficiary of Further, if said estate is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require. Your orator respectfully requires your Honor issue a decree *pro confesso* for all defendant(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the complainant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

h. Injunctive relief to prevent a party plaintiff(s)/libelee(s) from using the Courts of law to obtain or enforce judgements repugnant to the constitution of the United States, Treaties and general acts of congress and contrary to Equity, good conscience and good reason. Where, in any said plaintiff/libelee(s) has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

i. Injunctive relief be granted to perpetually inhibited defendant(s)/libelee(s) from the assertion of any assumed right, and perpetually restrained defendant(s)/libelee(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

   j.  Decree that anyone acting as a Person worthy of Trust, shall render upon request by the *claimant/suitor/libellant*, the specific performance, to produce an annual full accounting and non-commingled, of all real, personal, and equitable assets and debts due to Complainant estate(s) during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to *claimant/suitor/libellant* parker, jamal darius *Moor heir/beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration,

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



indemnification, or debts, if any; exhibit and account for the funds or other property in which the *claimant/suitor/libellant* has an interest, and to pay over whatever may be due or belong to him, or the balance due *claimant/suitor/libellant* on a fair accounting to be held by you on Special Deposit;

k. That the *claimant/suitor/libellant* parker, jamal darius, *Moor heir/beneficiary* shall have the right to claim, as *grantee ablsolute,* 90,963 acres of land, of his own choosing, including but not limited to, water rights, or surface or subsurface rights to lands, held in trust by the Department of the Interior for *Moor aborigine descendants*, shall be set aside and recorded in the name of the JAMAL EL TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named parker, jamal darius, his *heirs and beneficiaries.*

Said claim of lands, any interest in lands, water rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, *SHALL NOT BE TAXED* by, and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable jurisdiction, WHATSOEVER;

l.   That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that Complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

m. That perpetual Injunctive relief shall issue against all classes of defendant(s)/libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the *united states of america* and of the several states who are subject to their treaties and constitutions, shall acknowledge the *claimant/suitor/libellant* special and particular political status"; and the *claimant/suitor/libellant* shall "not" be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the treaties; and that *claimant/suitor/libellant* shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n. Injunctive relief to estopple or Stay all proceedings in the **36th DISTRICT COURT OF MICHIGAN** and **WAYNE COUNTY THIRD JUDICIAL CIRCUIT,** and prevent a party plaintiff(s)/libelee(s) from using the Courts of law to obtain or enforce any judgements repugnant

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



to the constitution of the United States, Treaties and general acts of congress and contrary to Equity, good conscience and good reason. Where, in any said plaintiff/ libelee(s) has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o. Injunctive relief be granted to perpetually inhibited defendant(s)/ libelee(s) from the assertion of any presumed right, and perpetually restrained defendant(s)/ libelee(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

p. Injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q. Injunctive relief be granted to perpetually inhibited defendant(s), or anyone acting as a Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their bonds, sureties, and collaterals, for your breach of faith, if any equitable grounds for attachment exist, state it.

r. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Complainant have such other relief as he respectfully demands for, and may be entitled to, and that the proper final process shall issue;
That this full restoration has been granted on proper grounds and in keeping with good reason and good conscience.

s. That the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

All Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*



### *BE YEE PERFECT*

<mark>that this relief has been granted on proper grounds and in keeping with good reason and good conscience.</mark>

### *Equity will not allow a trust to fail for want of a Trustee*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

**I DECLARE**, under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed this <u>14th</u> day of <u>December,</u> 20<u>22</u>.

By: *parker, jamal darius Moor beneficiary*
**parker, jamal darius**, *grantee/grantor/heir/beneficiary*
a private a Moor /americas aboriginal michiganian national,
*"but not citizen of the united states for the district of columbia,
nor the united states of america in congress assembled."*
<u>lordjamalel@gmail.com</u>
**Special Deposit, Private, Priority**

**witness:** *by; todd , ronnie ramael*

**witness:** *by; brown, kenneth anderson*

### PROOF OF SERVICE

I Declare that the forgoing instrument (**Special Cause to Proceed Ex Parte in the Original Exclusive Equity Admiralty and Maritime Jurisdiction by Nature Law of Nations**) was served upon district court of the united states for the eastern district pennsylvania special court clerk to the above cause to district court of the united states for the eastern district pennsylvania of record herein on <u>the 14th day of October</u>, 2022.

The parties were served via:

___ U.S.Mail            ___ Facsimile            ___ Hand Delivery ___UPS

___ Federal Express            ___ Other        ___ E-File            <u>X</u> Email

By: *parker, jamal darius* Moor beneficiary

*Master Bill of Lading in the Original admiralty and Maritime jurisdiction by nature law of nations*